NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KENNETH S. PINCKNEY,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7033

---

Appeal from the United States Court of Appeals for Veterans Claims in 08-3657, Judge Robert N. Davis.

---

## ON MOTION

---

PER CURIAM.

## ORDER

Kenneth S. Pinckney moves for leave to file an additional 150 documents of evidence. The Secretary of Veterans Affairs has not responded.

This court's review is based upon the record of evidence that was before the Court of Appeals for Veterans Claims. *See* Fed. R. App. P. 10(a)(1). We cannot accept

new evidence on appeal and are limited to the record before the Veterans Court.

Upon consideration thereof,

IT IS ORDERED THAT:

Mr. Pinckney's motion to bring an additional 150 documents of evidence before the court is denied.

FOR THE COURT

JAN 3 0 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kenneth S. Pinckney
Courtney McNamara, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 3 0 2012

JAN HORBALY
CLERK